**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

July 10, 2023

Transmitted Via E-Mail

Clerk of Court
United States District Court for the District of Utah

**Re: United States District Court for the District of Utah, 2:14-cv-00191-DN**
**Clearplay, Inc. v. DISH Network L.L.C., 2023-2134**

Dear Clerk:

It appears that a motion subject to Fed. R. App. P. 4(a)(4) has been filed in your court. The appeal has been stayed pending action on the motion by your court. Please transmit a certified copy of the docket sheet upon final disposition of the motion.

Thank you for your cooperation.

Sincerely,

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk