# United States Court of Appeals for the Federal Circuit

---

**CLEARPLAY, INC.,**
*Plaintiff-Appellant*

**v.**

**DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES LLC,**
*Defendants-Appellees*

---

2023-2134

---

Appeal from the United States District Court for the District of Utah in No. 2:14-cv-00191-DN, Senior Judge David Nuffer.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

May 26, 2026
Date

Jarrett B. Perlow
Clerk of Court