NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLEARPLAY, INC.,**
*Plaintiff-Appellant*

**v.**

**DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES LLC,**
*Defendants-Appellees*

---

2023-2134

---

Appeal from the United States District Court for the District of Utah in No. 2:14-cv-00191-DN, Senior Judge David Nuffer.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, STARK, *Circuit Judges,*[1] and BURROUGHS, *District Judge.*[2]

---

[1] Circuit Judge Newman did not participate.

[2] Honorable Allison D. Burroughs, District Judge, United States District Court for the District of

PER CURIAM.

**O R D E R**

Clearplay, Inc. filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

November 6, 2026
Date

Jarrett B. Perlow
Clerk of Court

---

Massachusetts, sitting by designation, participated only in the decision on the petition for panel rehearing.